No. 11–7466 (11A497). RHOADES v. BLADES, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 18, 2011

No. 11–393. NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 11–398. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. v. FLORIDA ET AL. C. A. 11th Cir. [Certiorari granted, ante, p. 1034.] Robert A. Long, Esq., of Washington, D. C., is invited to brief and argue this case as amicus curiae in support of the position that the Anti-Injunction Act, 26 U. S. C. § 7421(a), bars the suit brought by respondents to challenge the minimum coverage provision of the Patient Protection and Affordable Care Act, 26 U. S. C. § 5000A.